1

2

3

4

5

6

7

8

9

10

11

*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCOS C. GUILLEN, | ) | No. C 06-5176 RMW (PR) |
| | ) | |
| | ) | JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CORRECTIONAL OFFICER ROCHA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This civil rights action has been dismissed without prejudice.  A judgment of dismissal without prejudice is entered in favor of defendants.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____7/1/08_____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.06\Guillen971jud

1