*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCOS C. GUILLEN,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICER ROCHA,**<br><br>Defendants. | Case No. C 06-5176 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION. (LR 6-3)** |

Defendants A. Williams, P. Nickerson, M. Moore, and D. Rocha (Defendants) filed a request for an extension of time for sixty-two-days, up to and including October 3, 2011, in which to file a motion for summary judgment or other dispositive motion. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds that good cause exists to grant the request.

Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file Defendants' motion for summary judgment or other dispositive motion is extended for sixty-two-days, up to and including October 3, 2011. Plaintiff's opposition to the motion for summary judgment or other dispositive motion must be filed with the court and served on Defendants no later than thirty days from the date Defendants' motion is filed. Defendants' reply brief must be filed and served no later than fifteen days

1

[] Order Grant'g Defs.' Mot. Extend Time (C 06-5176 RMW (PR))

after Plaintiff's opposition is filed.

Dated: ~~DICFF~~

_____
The Honorable Ronald M. Whyte
United States District Judge
Northern District of California

2

[] Order Grant'g Defs.' Mot. Extend Time (C 06-5176 RMW (PR))