*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCOS C. GUILLEN,** <br><br> Plaintiff, <br><br> v. <br><br> **OFFICER ROCHA,** <br><br> Defendants. | Case No. C 06-5176 RMW (PR) <br><br> **[] ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION. (LR 6-3)** |

Defendants A. Williams, P. Nickerson, M. Moore, and D. Rocha (Defendants) filed a request for a second extension of time for forty-five-days, up to and including November 17, 2011, in which to file a motion for summary judgment or other dispositive motion. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds that good cause exists to grant the request.

Accordingly, IT IS ORDERED that Defendants' request for a second extension of time is GRANTED, and that the time to file Defendants' motion for summary judgment or other dispositive motion is extended for forty-five-days, up to and including November 17, 2011. Plaintiff's opposition to the motion for summary judgment or other dispositive motion must be filed with the court and served on Defendants no later than thirty days from the date Defendants' motion is filed. Defendants' reply brief must be filed and served no later than fifteen days

1

[] Order Grant'g Defs.' Mot. Extend Time (C 06-5176 RMW (PR))

after Plaintiff's opposition is filed.

Dated: _____

Ronald M. Whyte

The Honorable Ronald M. Whyte
United States District Judge
Northern District of California

2

[] Order Grant'g Defs.' Mot. Extend Time (C 06-5176 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCOS C. GUILLEN,

        Plaintiff,

  v.

ROCHA et al,

        Defendant.

Case Number: CV06-05176 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcos C Guillen K04517
Mule Creek State Prison
A5-210-Lower
Post Office Box 409020
Ione, CA 95640

Dated: March 6, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk