**E-FILED on 8/27/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS C. GUILLEN, | ) | No. C 06-5176 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER ROCHA, et al., | ) | |
| | ) | |
| Defendants. | ) | (Docket No. 53) |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Salinas Valley State Prison ("SVSP") officials. Oh July 31, 2012, the court offered plaintiff the opportunity to file a supplemental opposition, in light of *Woods v. Carey*, 684 F.3d 934, 939-41 (9th Cir. 2012). On August 15, 2012, plaintiff requested an extension of time to retrieve his legal papers and perform legal research. Defendants moved for an extension of time to reply to plaintiff's supplemental opposition, once it is filed.

The motions for extension of time are GRANTED. Plaintiff shall file any supplemental opposition on or before **September 7, 2012**. Defendants shall file any supplemental reply within **7 days** thereafter.

IT IS SO ORDERED.

DATED: 8/27/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time; Granting Defendants' Motion for Extension of Time
P:\pro-se\sj.rmw\cr.06\Guillen971disexh

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCOS C. GUILLEN,

        Plaintiff,

  v.

ROCHA et al,

        Defendant.

Case Number: CV06-05176 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcos C Guillen K04517
California State Prison-Sacramento
FA3-120
Post Office Box 290066
Represa, CA 95671

Dated: August 27, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk