**E-FILED on 9/25/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS C. GUILLEN, | ) No. C 06-5176 RMW (PR) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CORRECTIONAL OFFICER ROCHA, et al., | ) |
| Defendants. | ) |

The court has granted defendants' motion for summary judgment. Therefore, judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/25/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR old\CR.06\Guillen176jud2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCOS C. GUILLEN,

        Plaintiff,

  v.

ROCHA et al,

        Defendant.

Case Number: CV06-05176 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcos C Guillen K04517
California State Prison-Sacramento
FA3-120
Post Office Box 290066
Represa, CA 95671

Dated: September 25, 2012

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk